

# JUDGMENT

# Court of Appeals

# First District of Texas

## NO. 01-14-00534-CV

**URELIFT GULF COAST, L.P., Appellant**

**V.**

**TRAVIS BENNETT, Appellee**

Appeal from the 295th District Court of Harris County
(Trial Court Cause No. 2014-01204)

After due consideration, the Court **grants** appellant's unopposed motion to dismiss this appeal. Accordingly, the Court **dismisses** this appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 26, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Higley, and Brown.

.